IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NATIONSRENT, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 01-11628 through 01-11639 (PJW)<br>Jointly Administered |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, through PERRY MANDARINO, not personally, but as Trustee,<br><br>Plaintiff,<br><br>v.<br><br>QUICK CORNER CITGO,<br><br>Defendant. | Civil Action No. 04-CV-1119 (KAJ) |

## STIPULATION OF VOLUNTARY DISMISSAL

**IT IS HEREBY** stipulated and agreed between the above-captioned Plaintiff, Perry Mandarino, not personally, but as Trustee for the NationsRent, Inc. Unsecured Creditor's Liquidating Trust, and the above-captioned Defendant, Quick Corner CITGO, that the above-referenced adversary proceeding is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

---

[1] NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

617499v1

Dated: *February 17*, 2006

THE BAYARD FIRM

_____
Neil B. Glassman (No. 2087)
Ashley B Stitzer (No. 3891)
Mary E. Augustine (No 4477)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone:   (302) 655-5000

- and -

LOWENSTEIN SANDLER PC
Paul Kizel, Esquire
65 Livingston Avenue
Roseland, NJ 07068
Telephone:   (973) 597-2500

Co-Counsel for Perry Mandarino, not personally, but as Trustee for the NationsRent Unsecured Creditor's Liquidating Trust


KLEHR, HARRISON, HARVEY, BRANZBURG
& ELLERS LLP

_____
Jennifer L. Scoliard (No. 4147)
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone:   (302) 426-1189

Counsel for Quick Corner CITGO