## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the __17th__ day of February, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

Jennifer L. Scoliard, Esquire
*Klehr, Harrison, Harvey, Branzburg*
    *& Ellers LLP*
919 Market Street, Suite 1000
Wilmington, DE 19801

_____
Mary E. Augustine (No. 4477)

617499v1

3